UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM G. PINZON, | ) | 1:08-cv-01193-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS |
| | ) | PLAINTIFF'S COMPLAINT WITHOUT |
| v. | ) | LEAVE TO AMEND (DOCS. 2, 4) |
| | ) | |
| RON JENSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

    Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On August 28, 2008, the Magistrate Judge filed findings and a recommendation that the complaint be dismissed for Plaintiff's failure to state any grounds for jurisdiction in this Court. The findings and recommendation were served on all parties on August 28, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. The time for filing objections has expired, and no party has filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed August 28, 2008, are ADOPTED IN FULL; and

2. The action IS DISMISSED for failure to state a basis for jurisdiction in this Court; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   October 1, 2008**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE